**PROMISSORY NOTE**
**FOR REVOLVING LINE OF CREDIT FACILITY**

$30,000,000                                                                              Rosenberg, Texas
                                                                                                July 21, 2020

**FOR VALUE RECEIVED**, the undersigned Gate Corporation Limited, a Hong Kong limited corporation, and its U.S. based affiliates EF Global Corporation, a Delaware corporation, EFG America, LLC, a Delaware limited liability company and Tex-Gas Holdings, LLC, a Delaware limited liability company (all together referred to as "Borrower") jointly and severally promise to pay to the order of FORTUNE INSIGHT LIMITED , a BVI business company organized and existing under the laws of the British Virgin Islands with number 1873825 and registered business address at Sea Meadow House, Blackburne Highway, (P.O. Box 116), Road Town, Tortola , British Virgin Islands (hereinafter called "Creditor"), at its address of 19th Floor CMA Building, 64 Connaught Road Central Hong Kong Office, or at such other place as Creditor may from time to time designate, the total aggregate principal sum of $30,000,000 U.S. Dollars or the aggregate unpaid principal amount of all advances made by the Creditor to the Borrower hereunder, whichever is less, in lawful money of the United States. This Note evidences the Borrower's indebtedness under a revolving Line of Credit with the Creditor. During the period from the date hereof until the Termination Date (as hereafter defined), the Creditor shall make advances thereunder and the Borrower may borrow, repay and reborrow; provided, however, that the aggregate amount of all advances at any one time outstanding shall not exceed the face amount of this Note; and provided, further, that the Creditor's obligation to make advances and the Borrower's right to borrow, repay and reborrow are subject to the terms, conditions and limitations contained in this Note and the Loan Agreement (as hereafter defined). If any advances are made during the period from the date hereof until the fifth anniversary of the date hereof (as such date may be extended, in writing from time to time, in the Creditor's sole and absolute discretion, the "Termination Date"), the outstanding principal balance of all advances hereunder plus accrued but unpaid interest thereon, and all other indebtedness under this Note, if not sooner paid, shall be due and payable on the Termination Date. The outstanding principal of all advances hereunder will bear interest at the rate of interest per annum of ten percent (10%) or such other rate as may be mutually agreed by Creditor and Borrower. Interest shall be computed on the basis of a 360 day year and actual days elapsed and shall be paid on at least an annual basis due on the anniversary date of this Note.

1. **APPLICATION OF PAYMENTS / PREPAYMENT:** All payments hereunder shall be applied first to the payment of interest on the unpaid principal of all advances outstanding under this Note, and then to the balance on account of the principal of all advances due under this Note. This Note may be prepaid in whole or part at any time without penalty.

2. **SECURITY:** This Note is made pursuant to a Loan Agreement dated July 21, 2020 between Borrower and Creditor. Payment of this Note is secured by a Security Agreement dated July 21, 2020 and a Deed of Trust dated July 21, 2020 between Tex-Gas Holdings, LLC and Creditor (as Secured Party and Beneficiary), pledging certain real property, equipment, inventory, and/or other assets of Tex-Gas Holdings, LLC as security for its obligations under this Note. Upon any event of default under this Note, Creditor shall have such rights and remedies as are stated in the Security Agreement and the Deed of Trust.

3. **WAIVER AND CONSENT:** To the extent permitted by law, Borrower hereby waives presentment, demand, notice of dishonor, protest, notice of protest, and non-payment, and agrees and consents to any and all waivers, extensions, and renewals which the Creditor may grant in favor of Borrower; provided that nothing herein shall relieve Creditor of the obligation to comply with the terms and procedures of the Security Agreement and/or the Deed of Trust, respectively, when exercising any rights and/or remedies under such agreement(s).

4. **REPRESENTATIONS AND WARRANTIES:** Borrower represents and warrants to Creditor that the loan evidenced by this Note is and shall be solely for business or commercial purposes and not primarily for personal, family or household use.

5. **JURISDICTION AND VENUE**: Borrower acknowledges that this Note has been executed and delivered in Texas and the rights, duties, and obligations of the parties, and the provisions contained in this Note shall be governed and construed in accordance with the laws of the State of Texas. In the event that any provisions of this Note shall, for any reason and to any extent, be invalid or unenforceable, the remainder of this Note and/or the application of such provision shall not be affected thereby, but rather shall be enforced to the greatest extent permitted by law. For purposes of any suit relating to this Note, Borrower hereof submits itself to the jurisdiction of any applicable court of jurisdiction sitting in Matagorda County, Texas.

6. **SENORITY OF NOTE**: This note will be senior to all other indebtedness of Borrower, including all other notes, debentures and any other form of loan entered into by the Borrower for so long as this Note remains outstanding, unless otherwise agreed by Borrower and Creditor.

**Gate Corporation Limited, a Hong Kong limited corporation**

By: _____
D. Elroy Fimrite, President

**Tex Gas Holdings, LLC, a Delaware limited liability company**

By: _____
D. Elroy Fimrite, President

**EF Global Corporation, a Delaware corporation**

By: _____
D. Elroy Fimrite, President

**EFG America, LLC, a Delaware limited liability company**

By: _____
D. Elroy Fimrite, President